UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CASTEN CLAUSNER, *et al.*, *individually and on behalf of all others similarly situated*, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN MULTISPECIALTY )<br>GROUP, INC., *doing business as* )<br>ESSE HEALTH, )<br>)<br>Defendant. ) | Case No. 4:25-cv-00711-MTS |

## MEMORANDUM AND ORDER

Another Judge of this Court ordered that Defendant file its response to the Motion to Remand no later than August 1, 2025. Doc. [23]. Nine days after that Order, on the eve of the ordered due date, the parties filed a Joint Motion to Stay. With that Joint Motion still pending, Defendant declined to file its opposition to the Motion to Remand as ordered. Yesterday, the Court denied the Joint Motion to Stay and—instead of requiring the forthwith filing of any opposition—provided more time to Defendant to file the jurisdictional briefing that originally was due one week ago. The parties now move for yet even more time for briefing on this threshold issue. Though they were required to show good cause for such an extention, *see* Fed. R. Civ. P. 6(b)(1), the closest they came was simply stating that they "need[ed] additional time." Doc. [27]. If good cause exists for the entirety of their requested extension, they have not shown it. Therefore, the Court will provide only a limited amount of additional time.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion for Extension of Time, Doc. [27], is **GRANTED** in part.  Any opposition to Plaintiff's Motion to Remand, Doc. [22], must be filed no later than **Monday**, **August 18, 2025**.  Plaintiffs shall file a reply to any opposition no later than **Friday**, **August 29, 2025**.  Plaintiff Clausner shall file a brief indicating his views on whether this Court has subject matter jurisdiction over this action no later than **Friday**, **August 29, 2025**.  *See* Doc. [26] at n.*.

Dated this 8th day of August 2025.

                           MATTHEW T. SCHELP
                           UNITED STATES DISTRICT JUDGE