**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| CASTEN CLAUSNER, individually and on behalf of all other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No. 4:25-cv-00711 |
| v. | ) ) | |
| | ) | *Consolidated with*: |
| | ) | No. 4:25-cv-00884 |
| AMERICAN MULTISPECIALTY | ) | No. 4:25-cv-00886 |
| GROUP INC., d/b/a ESSE Health, | ) | No. 4:25-cv-00889 |
| | ) | No. 4:25-cv-00890 |
| | ) | No. 4:25-cv-00892 |
| Defendant. | ) | No. 4:25-cv-00893 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Casten Clausner, Michael Garside, Martha Proffitt, Colleen Stuart, Sarah Walker, Robin Willis, Mary Wippold, and Amy Doering hereby give notice that this action against Defendant American Multispecialty Group Inc., d/b/a Esse Health, is voluntarily dismissed **without prejudice**. No Answer or Motion for Summary Judgment has been filed in this case by Defendant American Multispecialty Group Inc., d/b/a Esse Health.

Dated: February 20, 2026

*/s/ William B. Federman*
William B. Federman (*Pro Hac Vice*)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

*Counsel for Plaintiff Colleen Stuart*

John F. Garvey, #35879(MO)

1

Colleen Garvey, #72809(MO)
Ellen A. Thomas, #73043(MO)
**STRANCH, JENNINGS & GARVEY, PLLC**
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel: (314) 390-6750
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

Grayson Wells, #73068(MO)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gwells@stranchlaw.com

*Counsel for Plaintiffs Robin Willis, Michael Garside, Martha Proffitt, and Mary Wippold*

James J. Rosemergy
**CAREY, DANIS & LOWE**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Tel: (314) 678-1064
jrosemergy@careydanis.com

Andrew W. Ferich (*Pro Hac Vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Rd., Suite 650
Radnor, PA 19087
Tel: (310) 474-9111
aferich@ahdootwolfson.com

*Counsel for Plaintiff Casten Clausner*

Maureen M. Brady (MO #57800)
**MCSHANE & BRADY, LLC**
4006 Central Street
Kansas City, MO 64111
Tel: (816) 888-8010
mbrady@mcshanebradylaw.com

2

*Counsel for Plaintiff Colleen Stuart and Amy Doering*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on counsel of record via the Court's CM/ECF filing system on February 20, 2026.

*/s/ William B. Federman*